UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MIRTA MARTINEZ, WIFE OF/AND** | * | **CIVIL ACTION** |
| **MIGUEL MARTINEZ** | * | |
|     **Plaintiffs** | * | **NO:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **WAL-MART STORES, INC.,** | * | **MAGISTRATE:** |
| **WAL-MART LOUISIANA, L.L.C.** | * | |
| **A/K/A SAM'S CLUB** | | |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes petitioners, **MIRTA MARTINEZ, WIFE OF/AND MIGUEL MARTINEZ**, both persons of the full age of majority, and residents and of domiciled in Morgan City, Parish of Saint Mary, State of Louisiana, who with respect allege and aver as follows:

1.

Jurisdiction of this Honorable Court is based upon diversity of citizenship of the parties.

II.

The amount in controversy herein exceeds the sum of Seventy-Five Thousand Dollars and No Cents ($75,000.00).

III.

The following parties made defendants in this lawsuit and are made liable unto your petitioners, in an amount in excess of Seventy Five Thousand Dollars and No Cents ($75,000.00), together with legal interest thereon from date of judicial demand until paid:

    A.    **WAL-MART STORES, INC.** (hereinafter referred to as **WAL-MART**), upon information and belief is a foreign corporation authorized to do and in fact doing

business in the State of Louisiana; and

B. **WAL-MART LOUISIANA, L.L.C, A/K/A SAM'S CLUB** (hereinafter referred to as "**WAL-MART LOUISIANA**"), a limited liability company authorized to do and in fact doing business in the State of Louisiana.

IV.

Based upon information and belief at all times pertinent herein, the defendants **WAL-MART** and **WAL-MART LOUISIANA** had an ownership and/or management and/or leasehold interest in the property known as Wal-Mart (Sam's Club) Store number 6521 located at 2174 Martin Luther King Boulevard, Houma, Louisiana, where this incident occurred on and prior to January 9, 2011.

V.

On January 9, 2011, your petitioner, **MIRTA MARTINEZ** was a guest and/or patron at the Wal-Mart Store number 6521 located at 2174 Martin Luther King Boulevard, Houma, Louisiana, when suddenly and without warning she slipped and fell on a foreign substance negligently left on the floor by employees causing injuries to plaintiff herein.

VI.

The specific acts of negligence on the part of defendants, **WAL-MART** and/or **WAL-MART LOUISIANA** and their employees whose negligence was the sole and proximate cause of this accident, are averred to include, but are not limited to:

a. Creation of an unreasonable risk of harm and tripping and/or slipping and/or falling hazard;

b. Presence of a tripping and/or slipping and/or falling hazard;

c. Creating and/or causing a dangerous condition to exist on its premises;

d. Failure to use reasonable care, commensurate with the foreseeable risk of harm to which petitioner was subjected;

e. Failing to exercise reasonable and ordinary care under the circumstances;

f. Allowing the dangerous condition (i.e., a foreign substance) to go unnoticed and/or uncorrected by its employees for an unreasonable period of time;

g. Failing to adequately warn petitioner of the perils and dangers of which defendant had knowledge or should have had knowledge, either directly or indirectly;

h. Failing to properly inspect the premises and surrounding area where this incident occurred;

i. Failing to train and supervise its employees, agent and/or officers to inspect, use, maintain and care for the premises;

j. Failure to use warning signs or other similar warning or safety devices;

k. Any and all other acts of negligence and/or imprudence which may be proven during the investigation and/or at the trial of this matter.

VII.

All of the above acts of negligence were in violation of the laws of the State of Louisiana, and applicable Parish ordinances, and safety codes, which are hereby specifically pleaded and adopted by this reference as if set forth here *in extenso*.

VIII.

Based upon information and belief at all times pertinent herein, the negligent employees were in the course and scope of their employment with defendants, **WAL-MART** and **WAL-MART LOUISIANA** on and prior to the date of this accident, January 9, 2011 and the defendants are responsible under the doctrine of *respondeat superior*.

IV.

As a result of the accident described in the foregoing, your petitioner **MIRTA MARTINEZ** suffered severe and painful personal injuries, which include but are not limited to, neck pain with a compression fracture at the C3, and numerous contusions and abrasions.

X.

As a result of the accident described in the foregoing, your petitioner **MIRTA MARTINEZ** has sustained general and special damages, which include but are not limited to, pain and suffering, mental anguish and distress, disability, medical expenses, and loss of enjoyment of life.

XI.

Because of the negligence of the aforementioned defendants and the serious and disabling injuries sustained by petitioner **MIRTA MARTINEZ**, petitioner **MIGUEL MARTINEZ** has sustained damage in the form of loss of consortium, loss of service and loss of society which has diminished and/or deprived him from any benefit which heretofore existed between himself and his wife, including loss of love and affection, care, attention, companionship, comfort, protection, sexual relations, among other losses to be shown at the trial of this matter, and he is entitled to a sum to be determined by this Honorable Court.

XII.

Plaintiffs request a trial by jury.

**WHEREFORE**, petitioners **MIRTA MARTINEZ, WIFE OF/AND MIGUEL MARTINEZ**, respectfully pray that the defendants **WAL-MART STORES, INC.** and **WAL-MART LOUISIANA, L.L.C, A/K/A SAM'S CLUB** each be served with a copy of this Petition, and be duly cited to appear and answer same, and that after due proceedings had there

be judgment herein in favor of petitioners, **MIRTA MARTINEZ, WIFE OF/AND MIGUEL MARTINEZ** and against the defendants **WAL-MART STORES, INC.** and **WAL-MART LOUISIANA, L.L.C., A/K/A SAM'S CLUB**, jointly, severally and *in solido*, in a sum in excess of Seventy Five Thousand Dollars and No Cents ($75,000.00), together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, including expert witness fees, and for all such general and equitable relief as law, equity and the nature of the case may permit.

                        Respectfully submitted,

                        /s/ LEONARD J. CLINE
                        LEONARD J. CLINE
                        LA BAR NO. 04201
                        3021 35th Street, Suite A
                        Metairie, LA 70001
                        (504) 838-8254
                        (504) 838-9146 (facsimile)
                        clinelaw@bellsouth.net
                        Attorney for Plaintiffs

**PLEASE SERVE:**

**WAL-MART STORES, INC.**
Through their agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

**WAL-MART LOUISIANA, L.L.C. A/K/A SAM'S CLUB**
Through their agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808